IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 21-cv-02685-MEH

BRUCE HARBOUR,

   Plaintiff,

v.

EXTRACTION OIL & GAS, INC.,
BEN DELL,
TOM TYREE,
MORRIS CLARK,
CARRIE FOX,
CARNEY HAWKS,
MICHAEL WICHTERICH, and
HOWARD A. WILLARD, III,

   Defendants.

## ORDER

**Michael E. Hegarty, United States Magistrate Judge**.

Before the Court is Plaintiff's Notice of Voluntary Dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) [filed November 8, 2021; ECF 5]. Rule 41(a)(1)(A)(i) provides that a plaintiff may dismiss "an action" without a court order upon the filing of "a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." Here, no Defendant has filed an answer or a motion for summary judgment. Therefore, this case was **DISMISSED WITHOUT PREJUDICE**, with each party to bear his, her, or its own fees and costs, upon the filing of the Notice. No order of dismissal is necessary. Consequently, the scheduling conference set for December 20, 2021 at 10:00 a.m. is **vacated**. The Clerk of the Court is directed to **close** this case.

Dated and entered at Denver, Colorado, this 9th day of November, 2021.

BY THE COURT:

*Michael E. Hegarty*

Michael E. Hegarty
United States Magistrate Judge